IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TENIYA BOOKER,<br><br>    Plaintiff,<br><br>  v.<br><br>EILEEN FISHER, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-06585 |

## NOTICE OF SETTLEMENT

Plaintiff Teniya Booker hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Eileen Fisher, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days. The Parties respectfully request that all upcoming deadlines and hearings, including Defendant's response to the Complaint due September 15, 2025; the Joint Status Report Due September 17, 2025; and the Initial Status Hearing set for September 23, 2025, be adjourned.

Dated: September 15, 2025                         Respectfully Submitted,

                                                   /s/ Benjamin J. Sweet
                                                  Benjamin J. Sweet
                                                  ben@nshmlaw.com
                                                  **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                  101 Pennsylvania Boulevard, Suite 2
                                                  Pittsburgh, Pennsylvania 15228
                                                  Phone: (412) 857-5350

                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 15th day of September, 2025.

                                                                  */s/ Benjamin J. Sweet*
                                                                   Benjamin J. Sweet

4934-2982-0777, v. 1